**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>ROBERT JESUS GALLON (1),<br>CHERISH DOROTHEA BURTSON (2),<br><br>                    Defendant. | Case No.  19-CR-0491-H<br><br>**S U P E R S E D I N G**<br>**I N F O R M A T I O N**<br><br>Title 21, U.S.C., Secs. 841(a)(1) and 846 – Conspiracy to Distribute Heroin (one kilogram and more) (Felony);<br>Title 21, U.S.C., Secs. 841(a)(1) and 846 - Conspiracy to Distribute Heroin (Felony). |

The United States Attorney charges:

<u>Count One</u>

Beginning in or about August 2018 and continuing up to and including January 6, 2019, within the Southern District of California and elsewhere, defendant ROBERT JESUS GALLON did knowingly and intentionally conspire with other persons known and unknown, to distribute 1 kilogram and more, of a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

///
///
///
///
///

Count Two

Beginning at a date unknown and continuing up to and including January 6, 2019, within the Southern District of California and elsewhere, defendant CHERISH DOROTHEA BURTSON, did knowingly and intentionally conspire with other persons known and unknown, to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

DATED: October 5, 2020

ROBERT S. BREWER, JR.
United States Attorney

*/s/ Carlos Arguello*
Carlos Arguello
Assistant U.S. Attorney